# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL D. HARPER,<br>    Petitioner,<br><br>    v.<br><br>RAYMOND J. LAWLER, *et al.*,<br>    Respondents | : CIVIL ACTION<br>:<br>: No. 10-0367<br>:<br>:<br>:<br>:<br>: |

**Order**

YOHN, J.

And now, this 9th day of July, 2010, upon careful consideration of the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, the government's response, the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, and petitioner's objections thereto, it is hereby **ORDERED** that:

1. Petitioner's objections are **OVERRULED**.

2. The Report and Recommendation of United States Magistrate Judge Thomas J. Rueter is **APPROVED** and **ADOPTED**.

3. The petition for writ of habeas corpus is **DISMISSED** as untimely.

5. The petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability, see 28 U.S.C. § 2253(c).

6. The Clerk shall **CLOSE** this case statistically.

                                                                     /s/ William H. Yohn Jr.
                                                                     William H. Yohn Jr., Judge